UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JANET K. BAITER-BOHN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:02CV1617 HEA |
| | ) | |
| PATRICIA CORNELL and JEREMIAH "JAY" NIXON | ) ) | |
| | ) | |
| Respondents. | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that petitioner's Amended Petition for Writ of Habeas Corpus is denied.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that petitioner's request for a Certificate of Appealability is denied.

Dated this 21st day of February, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE